IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DRIFTLESS WATER DEFENDERS,<br><br>Plaintiff,<br><br>v.<br><br>AGRI STAR MEAT & POULTRY, LLC,<br><br>Defendant. | CASE NO. 2:25-cv-1007<br><br>CORPORATE DISCLOSURE STATEMENT |

As required by LR 7.1, Plaintiff Driftless Water Defenders, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are either related to the party as a parent, subsidiary, or otherwise, or have a directed or indirect pecuniary interest in the outcome of the case:*

None.

(b) *With respect to each entity named in response (a), the following describes its connection to or interest in the litigation, or both:*

N/A

Dated: 2/24/2025

_____
James C. Larew AT0004543
LAREW LAW OFFICE
504 East Bloomington Street
Iowa City, Iowa 52245
Telephone: (319) 337-7079
Facsimile: (319) 337-7082
Email: james.larew@larewlawoffice.com
**ATTORNEY FOR PLAINTIFF**