IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

| | |
|---|---|
| Driftless Water Defenders | CASE NO. 2:25-cv-01007-CJW-MAR |
| Plaintiff(s), | MOTION TO APPEAR PRO HAC VICE |
| vs. | |
| Agris Star Meat & Poultry, LLC | |
| Defendant(s). | |

Skye Walker, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Driftless Water Defenders. Ms. Walker states that she is a member in good standing of the bar of the State of Oregon, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Ms. Walker, further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with James C. Larew, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/ Skye Walker
Skye M. Walker, OSB No. 230953
FarmSTAND
712 H Street, NE, Suite 2534
Washington, DC 20002
Tel: (202) 595-8816
skye@farmstand.org



# Certificate of Good Standing

State of Oregon )
) ss.
County of Washington )

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**SKYE M. WALKER, BAR NO. 230953**

was admitted to practice law in the State of Oregon by UBE Score Transfer and became an Active member of the Oregon State Bar on May 18, 2023.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Walker is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 27th day of February 2025.

_____
Sarra Yamin
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222   toll-free in Oregon (800) 452-8260                                    www.osbar.org