IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
DUBUQUE DIVISION

| | |
|---|---|
| Driftless Water Defenders<br><br>Plaintiff(s),<br><br>vs.<br><br>Agris Star Meat & Poultry, LLC<br><br>Defendant(s). | CASE NO. 2:25-cv-01007-CJW-MAR<br><br>NOTICE OF APPEARANCE<br>OF SKYE M. WALKER |

Please take notice that the undersigned Skye M. Walker hereby enters her notice of appearance as attorney for Plaintiff Driftless Water Defenders. Attorney Daniel C. Snyder is lead counsel for Plaintiff.

Dated: March 6, 2025

s/ Skye M. Walker
Skye M. Walker, OSB No. 230953
FarmSTAND
712 H Street, NE, Suite 2534
Washington, DC 20002
Tel: (202) 595-8816
Fax: (978) 845 2282
skye@farmstand.org